UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22745-CIV-Lenard/Garber

WELLINGTON SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.

KENDALL CRANE SERVICE and
JUAN FRANCISCO GARCIA,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court by reference from United States District Judge Joan A. Lenard. The Court has received the Defendant Kendall Crane Service's Renewed Verified Motion for Prevailing Party's Attorney's Fees and Costs [DE 129] and Plaintiff's response thereto [DE 136].

On November 5, 2009, this Court denied without prejudice Kendall Crane Service's first Motion for Attorney's Fees and Costs and stated that the motion "may be re-submitted following the disposition of any appeal in this cause." [DE 116 at 1]. At that time, the plaintiff had filed an appeal in the Eleventh Circuit on December 8, 2009. [DE 118]. The Eleventh Circuit then dismissed the appeal for lack of jurisdiction due to this Court's retention of jurisdiction in its original Order denying Plaintiff's Motion for Summary Judgment. [DE 124-2]. Due to the Eleventh Circuit's dismissal of the appeal, Plaintiff filed a Motion to Modify the Court's Order on the parties' motions for summary judgment. [DE 124]. Judge Lenard granted the Motion to Modify [DE 131] and entered an Amended Order [DE 132]. Plaintiff, in its Response to the Renewed Motion now before the Court, advises that it has filed a Notice of Appeal [DE 133] pertaining to the Court's amended ruling on the parties'

summary judgment motions. Plaintiff asks that the Court abate or continue the Renewed Motion. In view of the foregoing and in the interest of judicial economy, it is hereby

ORDERED that Kendall Crane Service's Renewed Motion for Prevailing Party's Attorney's Fees and Costs is DENIED WITHOUT PREJUDICE. Kendall Crane Service may re-submit its Motion for Attorney's Fees and Costs following the disposition of any appeal in this cause.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of July 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE